FILED
 2005 Nov-02  AM 08:27
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **RICARDO GRANT,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| **v.** | )   **Civil Action No. CV05-S-1954-E** |
| | ) |
| **D. B. DREW, WARDEN,** | ) |
| | ) |
| **Respondent.** | ) |

## FINAL JUDGMENT

On September 21, 2005, the magistrate judge's report and recommendation was entered and the parties were allowed therein fifteen (15) days in which to file objections to the recommendations made by the magistrate judge. No objections have been filed by the petitioner or the respondent.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge.

It is therefore ORDERED, ADJUDGED and DECREED that because this motion is a successive Motion to Vacate, Set Aside or Correct Sentence filed pursuant to 28 U.S.C. § 2255, and because petitioner has not obtained the necessary certification from the Eleventh Circuit Court of Appeals to be able to file a successive § 2255 motion, the motion is due to be and hereby is DENIED. Even if the petition

is considered as a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241, the petition is due to be and hereby is DENIED.

DONE this 1st day of November, 2005.

_____
United States District Judge